# EXHIBIT 4

Midwest Resale Specialists <info@midwrs.com>
Mon 7/31/2023 12:45 PM
To:Josh Stussy at Midwest Bonding <jstussy.mb@gmail.com>
Cc:Ron Blume <midwestbonding42@msn.com>
Bcc:Sean Sumrell <seansumrell@midwrs.com>

I hope this email finds you well. I wanted to provide an update on the status of the Judgements we have identified on mpa.courts. As discussed previously, we have found thousands of accounts with IC Systems that are not being collected on, and there are also thousands of Judgements just sitting there.

During our previous conversation, I recall discussing with Ron the importance of compiling a list of these files for immediate action. Our team has observed that IC Systems has reported thousands of these files on credit reports as recently as this week. Given the vast potential in outstanding amounts, it is crucial that we address this matter with prompt attention.

As mentioned earlier, we have identified millions of dollars in accounts that are in need of collections. Our understanding was that Ron was keen on expediting the process to ensure these accounts receive the necessary attention.

I kindly request an update on the progress of compiling the list of files and the plan for moving forward with the collection efforts. If there are any challenges or additional resources required to expedite this process, please do not hesitate to let me know. Our team is ready to collaborate and work diligently to recover these outstanding debts.

**Thank you**
**Aaron Hanson**
**President**

**Midwest Resale Specialist Inc.**

**1-612-474-4142**
**1-612-474-4588**
**www.midwrs.com**

*"This is an attempt to collect a debt. Any information will be used for that purpose. If you dispute the validity of this debt you have 30 days to notify us of such."*
CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you have received this transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail so that our address record can be corrected.

---

**From:** Josh Stussy at Midwest Bonding <jstussy.mb@gmail.com>
**Sent:** Monday, July 31, 2023 12:32 PM
**To:** Midwest Resale Specialists <info@midwrs.com>
**Cc:** Ron Blume <midwestbonding42@msn.com>; Heidi Gordon <hgordon.mb@gmail.com>
**Subject:** Re: Bond Update

info@midwrs.com

Dear Midwest Bonding and Ron.

I hope this email finds you well. I wanted to reach out to inquire about the older bail bond business that we discussed earlier. We are eager to assist and support you in any way possible, and I thought it would be a good time to touch base for an update and see i there is anything we can do to help streamline the process.

First and foremost, we want to express our appreciation for your trust in collaborating with us on this matter. At Midwest Resale Specialists we value the relationships we build, and we remain committed to ensuring that your experience with us is as seamless and satisfactory as possible.

We understand that the process of collecting on older bail bonds can be complex and time-consuming. Rest assured that our team is fully prepared to handle all necessary procedures with precision and diligence, and we are eager to begin working on the case once we receive the necessary information from you.

As we eagerly await the documentation and details pertaining to the bonds in question, we would like to inquire if there is a rough ETA (estimated time of arrival) for when we can expect the materials. This will help us ensure that our team is adequately prepared to initiate the process as soon as possible.

In the meantime, if you have any questions or need clarification on any matter related to this venture, please feel free to reach out. Open communication is crucial to the success of our collaboration, and we want to ensure that you have all the information you need at every step of the way.

Once we have received the relevant data, our team will diligently begin the process of collecting on the bonds and keeping you informed of any developments along the way. Our priority is to maximize the efficiency and effectiveness of this process to achieve the best possible outcomes for both parties involved.

Thank you once again for choosing to partner with Midwest Resale Specialists, We truly value your business and the opportunity to work with you on this venture. Please rest assured that we are committed to delivering exceptional service and results.

Looking forward to your response and the opportunity to move forward with this venture together.

Warm regards,

**Thank you**
**Aaron Hanson**
**President**

**Midwest Resale Specialist Inc.**

**1-612-474-4142**
**1-612-474-4588**
**www.midwrs.com**

*"This is an attempt to collect a debt. Any information will be used for that purpose. If you dispute the validity of this debt you have 30 days to notify us of such."*
CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you have received this transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail so that our address record can be corrected.

jstussy.mb@gmail.com

Midwest Resale Specialists <info@midwrs.com>
Fri 7/14/2023 10:46 AM
To:Josh Stussy at Midwest Bonding <jstussy.mb@gmail.com>
Cc:Ron Blume <midwestbonding42@msn.com>;Heidi Gordon <hgordon.mb@gmail.com>

Good afternoon, Josh, I spoke with Heidi, we were just trying to follow up with the last communication with Ron, you and our office regarding the files that were still out there and he wanted placed. We have received information from are legal advisor that we are needing to obtain the WRITS of execution prior to us using a wage or bank garnishment as a collection process. We are equipped to obtain all the WRITS needed but i was just trying to get an update on when we might see that business drop so that I can have funding available to process the $60 WRIT fees for the Judgement files. If you have any questions please don't hesitate to contact me at.

*Thank you*
*Aaron Hanson*
*President*

*Midwest Resale Specialist Inc.*

*1-612-474-4142*
www.midwrs.com

*"This is an attempt to collect a debt. Any information will be used for that purpose. If you dispute the validity of this debt you have 30 days to notify us of such."*
CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you have received this transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail so that our address record can be corrected.