

April 14, 2025

Tess R. Olinger
Direct Dial: (612) 604-6790
Main Fax: (612) 604-6800
tolinger@winthrop.com

<u>**VIA ECF**</u>

The Honorable Nancy E. Brasel
Judge of U.S. District Court, District of Minnesota
Diane E. Murphy U.S. Courthouse
300 South Fourth St.
Minneapolis, MN  55414

Re:  *Seamon v. Midwest Bonding LLC, et al.*
      Case No. 24-cv-00082-NEB-ECW

Dear Judge Brasel:

The parties in the above-captioned matter write to inform the Court that they have reached a tentative agreement, subject to entering into a formal settlement agreement, which provides for the dismissal of this matter. The parties anticipate filing a Stipulation of Dismissal in the near future.

Thank you.

Very truly yours,

WINTHROP & WEINSTINE, P.A.

*s/Tess R. Olinger*

Tess R. Olinger

TRO/mtb
c:   All Counsel of Record

31394710v1