UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Rodney Seamon, | No.: 24-CV-00082 NEB/ECW |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL** |
| Midwest Bonding, LLC and Midwest Resale Specialist Inc., | |
| Defendants. | |

Defendant Midwest Bonding, LLC, and Defendant Midwest Resale Specialist, Inc., hereby stipulate to the dismissal with prejudice of all remaining claims asserted in the above-captioned matter. Each party shall bear their own costs and attorneys' fees.

Dated:  May 29, 2025                WINTHROP & WEINSTINE, P.A.


By:  *s/ Joseph M. Windler*
Joseph M. Windler, #387758
Tess R. Olinger, #403702

225 South Sixth Street
Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400
***Attorneys for Defendant Midwest Bonding, LLC***

GORDON REES SCULLY
MANSUKHANI LLP

By: *s/ Daniel Brees*
Suzanne L. Jones, #389345
Daniel Brees, #395284

80 South 8th Street, Suite 3850
Minneapolis, Minnesota 55402
(612) 351-5969
***Attorneys for Defendant Midwest Resale Specialist, Inc.***

31760165v1